UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEVIN RUSSELL MEYER,  
    Plaintiff,  
    v.  
WILLIAM KNIPP, Warden,  
    Defendant.

No. C 13-2843 JCS (PR)

**ORDER OF TRANSFER**

This federal civil rights action, in which plaintiff requests an injunction against his jailors at Mule Creek State Prison, is TRANSFERRED to the Central District of California because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant resides, in that district. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: June 26, 2013

JOSEPH C. SPERO  
United States Magistrate Judge

No. C 13-2843 JCS (PR)  
ORDER OF TRANSFER